UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| SANDRA KLEIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　Defendants. | No. EDCV 16-0450 BRO (KKx)<br><br>ORDER APPROVING STIPULATION FOR COMPROMISE SETTLEMENT AND DISMISSING ACTION<br><br>Honorable Beverly Reid O'Connell |

　　The Court has considered the Stipulation for Compromise Settlement and Dismissal of Action, and the Notice of Dismissal of the counterclaim, the parties filed.

　　THE COURT HEREBY ORDERS that the Stipulation for Compromise Settlement and Dismissal of Action is approved, and this entire action, EDCV 16-0450 BRO (KKx), is dismissed with prejudice, with each party to bear its own costs and fees, including attorney fees. The United States shall disburse the settlement proceeds to Plaintiff when they become available as detailed in the Stipulation.

　　IT IS SO ORDERED.

DATED: August 16, 2017

By: _____
Honorable Beverly R. O'Connell
United States District Court Judge